In the Matter of the Claim of SANTIAGO LAZCANO, Respondent, against CHARLES E. McCRODDEN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant lost one hundred per cent binocular vision of the left eye by being struck therein by sand and coarse pebbles, the retina was thereby detached. The award was proper. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH M. WALKOWIAK, Respondent, against THE PULLMAN COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— While claimant was engaged in repairing a Pullman railway car he slipped and fell; the fall occasioned a snap and pain in the back, arising from a displacement of both sacroiliac joints and spondylitis. The lay and medical testimony sustains the award for permanent total disability. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.